AO 467 (Rev. 1/86) Order Holding Defendant

# UNITED STATES DISTRICT COURT

_____ DISTRICT *Massachusetts*

UNITED STATES OF AMERICA
V.

*Jasmine Vargas*

**ORDER HOLDING DEFENDANT TO ANSWER AND TO APPEAR IN DISTRICT OF PROSECUTION OR DISTRICT HAVING PROBATION JURISDICTION**

Case Number: *05mj641*

Charging District Case Number:

The defendant having appeared before this Court pursuant to Rule 40, Fed. R. Crim. P., and proceedings having been concluded and the defendant released;

IT IS ORDERED that the defendant be held to answer in the United States District Court for the *Eastern District* District of *New York*; and shall appear at all proceedings as required.

The defendant shall next appear at (if blank, to be notified) *U.S District Court*
*Place and Address*
*Brooklyn New York* on *As Directed by Attorney*
*Date and Time*

*8/18/05*
Date

*Michael A Ponsor*
Signature of Judicial Officer

*Michael A Ponsor*
*US District Judge*
Name and Title of Judicial Officer