OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF MASSACHUSETTS
FEDERAL BUILDING & COURTHOUSE BUILDING
1550 MAIN ST.
SPRINGFIELD, MASSACHUSETTS 01103
TELEPHONE: 413-785-0214
FAX: 413-785-0204

**TONY ANASTAS**
**CLERK**

**JOHN C. STUCKENBRUCK**
**DIVISION MANAGER**

August 18, 2005

Clerk's Office
U.S. District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:  United States of America v. Maria Marquez, et al., 3:05mj641-MAP

Dear Clerk,

Enclosed is the original case file in the above-referenced matter. Please confirm receipt of this file by signing the copy of this letter, and returning it to me in the enclosed envelope. Thank you.

If I may be of any assistance to you, please feel free to contact me at 413-785-0244. Thank you.

Very truly yours,

Bethaney A. Healy
Courtroom Deputy Clerk
Hon. Kenneth P. Neiman, U.S.M.J.

enc.
cc: file

Received on _____8/22/05_____

By: _____